Date: 08/27/09 √ # 3028    # 127851                                                                Page:

DIVIDENDS REMITTED TO THE COURT
Check Number 3028 Dated 08/27/09
Case Number 08-34329 - JONES, CHARLES ANTHONY

FILED
2009 SEP -1 AM 10:32

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| University of Toledo Medical Center<br>Christopher J. Klym, Special Counsel<br>24441 Detroit Rd, Suite 200<br>Westlake, OH 44145 | 000021 | 126.22 | 3.59 |
| University of Toledo Medical Center<br>Christopher J. Klym, Special Counsel<br>24441 Detroit Rd, Suite 200<br>Westlake, OH 44145 | 000022 | 129.05 | 3.67 |
| University of Toledo Medical Center<br>Christopher J. Klym, Special Counsel<br>24441 Detroit Rd, Suite 200<br>Westlake, OH 44145 | 000023 | 125.69 | 3.57 |
| University of Toledo Medical Center<br>Christopher J. Klym, Special Counsel<br>24441 Detroit Rd, Suite 200<br>Westlake, OH 44145 | 000024 | 66.07 | 1.88 |
| ---------- Remittance Total --------------- | | 447.03 | 12.71 |

DOUGLAS A. DYMARKOWSKI, Trustee

Printed: 08/27/09 12:14 PM   Ver: 14.31c